UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

<u>Hector Ortiz</u>

      v.                                                                    Civil No. 12-cv-00372-JL

<u>NH State Prison, Warden</u>

<u>O R D E R</u>

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated May 28, 2015.  Additionally, finding that the petitioner has failed to make a substantial showing of the denial of a constitutional right, the court declines to issue a certificate of appealability.  <u>See</u> 28 U.S.C.§ 2253(c)(2); Rule 11, Rules Governing Habeas Corpus Cases Under Section 2254; First Cir. LR 22.0.

SO ORDERED.

_____
Joseph N. Laplante
Chief Judge

Date: September 2, 2015

cc:   Elizabeth C. Woodcock, Esq.
      Hector Ortiz, pro se